# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESERT AIRE WELLNESS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND STACEY O. HUFFMAN, INDIVIDUALLY AND AS MANAGING MEMBER OF DESERT AIRE WELLNESS, LLC,
Appellants,
vs.
PAULA NEWMAN, ON HER OWN BEHALF, AND DERIVATIVELY ON BEHALF OF DESERT AIRE WELLNESS, A NEVADA LIMITED-LIABILITY COMPANY, D/B/A SAHARA WELLNESS,
Respondent.

No. 80137

FILED

JAN 31 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order appointing a special master to conduct a forensic accounting in a direct and derivative action alleging breaches of fiduciary duty. In responding to this court's order to show cause why the appeal should not be dismissed for lack of jurisdiction, appellants do not contest that jurisdiction is lacking, indicate that the underlying dispute has been resolved, and move to voluntarily withdraw the appeal.

20-04432

Appellants' unopposed motion to voluntarily dismiss this appeal is granted. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Elizabeth Goff Gonzalez, District Judge
James A. Kohl, Settlement Judge
McLetchie Law
Iglody Law, PLLC
Eighth District Court Clerk